# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TAMMY BOURG

VERSUS

DEPUTY SIDNEY P. THERIOT,
JERRY J. LARPENTER IN HIS
OFFICIAL CAPACITY AS
TERREBONNE PARISH SHERIFF,
AND ALLSTATE INSURANCE
COMPANY

NO.  2023 CW 0399

**JULY 05, 2023**

In Re:   Deputy  Sidney  P.  Theriot,  applying  for  supervisory
writs,  32nd  Judicial  District  Court,  Parish  of
Terrebonne, No. 186187.

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

> **WIL**
> **CHH**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT